IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VIRGINIA E SLOCUM,

    Plaintiff,

v.                                              CASE NO. 1:04-cv-00014-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

### O R D E R

This matter is before the Court on Doc. 17, Report and Recommendations of the Magistrate Judge, recommending that the decision of the Commissioner denying benefits be affirmed. The time for filing objections to Report and Recommendation has passed, and none were filed. The Court has reviewed the file and the Report and Recommendation and agrees that substantial evidence supports the Administrative Law Judge's decision to affirm the Commissioner's decision.

First, the Court agrees with the Magistrate Judge that the ALJ properly declined to afford the opinion of Dr. Amiel great weight because it was based on her own complaints of pain and her husband's comments. Likewise, the ALJ properly declined to follow the Opinion on Disability of the State of Florida Department of Children and Families because it too was based on self-reports. Therefore, the ALJ did not err in declining to include a statement of mental disability in the hypothetical to the vocational expert.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.       The Report and Recommendation of the Magistrate Judge is adopted and

incorporated herein.

2.   The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this  *13th*   day of September, 2005

                *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge